# Third District Court of Appeal

## State of Florida

Opinion filed October 22, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1883
Lower Tribunal No. F20-10686
_____

**Maykel Castillo,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Laura Shearon Cruz, Judge.

Carlos J. Martinez, Public Defender, and Shannon Hemmendinger, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Ivy R. Ginsberg, Senior Assistant Attorney General, for appellee.

Before EMAS, LOGUE and GOODEN, JJ.

PER CURIAM.

Affirmed.  See Johnson v. State, 397 So. 3d 626, 638 (Fla. 2024) ("[F]undamental error is one 'that reach[es] down into the validity of the trial itself to the extent that a verdict of guilty could not have been obtained without the assistance of the alleged error.'") (quoting Kocaker v. State, 311 So. 3d 814, 824 (Fla. 2020)); Daymon v. State, 744 So. 2d 581 (Fla. 2d DCA 1999); see also Smith v. State, 3D24-0654, 2025 WL 2714446 (Fla. 3d DCA Sept. 24, 2025); Warren v. State, 307 So. 3d 871 (Fla. 3d DCA 2020).